UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARMAN TER-ESAYAN | Docket No. 2007-24-DLM |

**ENTRY OF APPEARANCE**

John P. Walsh hereby enters his appearance for the Defendant, Arman Ter-Esayan in the above-entitled matter.

Respectfully submitted,

**PANNONE LOPES & DEVEREAUX LLP**

/s/ John P. Walsh
John P. Walsh (#6709)
1800 Financial Plaza
Providence, RI 02903
Tel.: (401) 824-5100
Fax: (401) 824-5123

Dated: March 1, 2007