UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Docket No. 2007-24-DLM |
| ARMAN TER-ESAYAN : | |

**ENTRY OF APPEARANCE**

William P. Devereaux hereby enters his appearance for the Defendant, Arman Ter-Esayan in the above-entitled matter.

Respectfully submitted,

**PANNONE LOPES & DEVEREAUX LLP**

/s/ William P. Devereaux
William P. Devereaux (#2241)
1800 Financial Plaza
Providence, RI 02903
Tel.: (401) 824-5100
Fax: (401) 824-5123

Dated: March 2, 2007