AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

APPEARANCE

v.

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ARMAN TER-ESAYAN

I certify that I am admitted to practice in this court.

3-1-07
*Date*

*Signature*

Raphael D Pellegrino 560614
*Print Name* *Bar Number*

265 State St
*Address*

Spfld MA 01103
*City* *State* *Zip Code*

(413) 746-4400 (413) 746-2816
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.