RECF ED
U.S. MAR VICE

AO 442 (Rev. 5/93) Warrant for Arrest

FEB 2 2007

# United States District Court

Dis... ...ode Island
RHODE ISLAND
DISTRICT OF

UNITED STATES OF AMERICA

V.

ARMAN TER-ESAYAN

## WARRANT FOR ARREST

CASE NUMBER: 1:07 M24 M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ARMAN TER-ESAYAN
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

conspiring with one another and with other to knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices during a one year period and, by such conduct, to obtain things of value aggregating $1,000 or more.

in violation of Title 18 United States Code, Section(s) §§371 and 1028A(a)(1) and (c)(4)

DAVID L. MARTIN
Name of Issuing Officer

David L. Martin
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

February 28, 2007, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ACI on Writ; returned to ACI | | |
| DATE RECEIVED 02/28/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 03/01/2007 | | |

This form was electronically produced by Elite Federal Forms, Inc.