**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **07-MJ-00024** |
| | : | |
| **ARMAN TER-ESAYAN** | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance for the defendant, Arman Ter-Esayan, in the above-captioned matter.

Respectfully submitted,

/s/ John E. MacDonald
____________________________

John E. MacDonald, RI Bar. 5368
Larochelle & MacDonald
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)