United States v. Gevork Baltadjian
18 U.S.C. § 371, 1028A(a)(1), and (c)(4)
Fraud, Aggravated Identity Theft

Estimated Trial Days 3

Count One:

a. A maximum term of imprisonment of 5 years;
b. a fine of up to $250,000 or twice the pecuniary gain or loss to the victim, whichever is greater;
c. a term of supervised release of up to 3 years; and
d. a mandatory special assessment of $100.00.

Count Two:

a. A minimum term of imprisonment of two years in addition to the term of imprisonment imposed on Count One;
b. a fine of up two $250,000;
c. a term of supervised release of up to 1 year; and
d. a mandatory special assessment of $100.00