O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
ARMAN TER-ESAYAN

WAIVER OF INDICTMENT

CASE NUMBER: CR 07 086-01 S

I, ARMAN TER-ESAYAN, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5-24-07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ARMAN TER-ESAYAN [signature]
Defendant

[signature]
Counsel for Defendant

Before [signature: David L. Martin]
Judicial Officer
USMJ