**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 07-86-01S** |
| | : | |
| **ARMAN TER-ESAYAN** | : | |

**NOTICE OF APPEAL**

Now comes the defendant, by and through counsel, and hereby notices the Court of his appeal of the sentence imposed on September 7, 2007.

Respectfully submitted,
Arman Ter-Esayan
By his attorneys,

/s/ George W. Buehler

George W. Buehler, Esq.
644 South Figueroa
Los Angeles, CA 90017
(213) 625-3900
(213) 624-1600 (FAX)

/s/ John E. MacDonald

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on August 31, 2007 a true copy of this document was delivered electronically using the CM/ECF system which will send notification to A.U.S.A. Lee Vilker, 50 Kennedy Plaza, Providence, Rhode Island 02903.

/s/ John E. MacDonald

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)